570

Circuit granted. *Messrs. Mark M. Horblit* and *Harold Harper* for petitioners. *Mr. Daniel A. Shirk* for respondents.

No. 545. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* STOKES. See *ante,* p. 551.

No. 388. TRIPLETT ET AL. *v.* LOWELL. December 9, 1935. It is ordered that the petition for rehearing in this case be, and it hereby is, granted. The order heretofore entered on October 14, 1935, [*post,* p. 621] denying the petition for writ of certiorari in this case is vacated, and it is ordered that the petition for writ of certiorari be, and the same hereby is, granted. *Mr. Samuel E. Darby, Jr.,* for petitioners. *Messrs. C. V. Edwards* and *John B. Brady* for respondent.

No. 539. CALLAGHAN ET AL. *v.* RECONSTRUCTION FINANCE CORP.; and
No. 540. STITT *v.* SAME. December 9, 1935. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Percival E. Jackson* for petitioner in No. 539. *Mr. Theodore Stitt, pro se. Solicitor General Reed* for respondent.

No. 552. McCANDLESS ET AL. *v.* UNITED STATES. December 9, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Urban Earl Wild* for petitioners. *Solicitor General*

*Reed, Assistant Attorney General Blair* and *Mr. Aubrey Lawrence* for the United States.

No. 583.  CHANDLER, RECEIVER, *v.* PEKETZ.  December 23, 1935.  Petition for writ of certiorari to the Supreme Court of Colorado granted. *Messrs. Harry S. Silverstein* and *Harold F. Collins* for petitioner.  No appearance for respondent.

No. 602.  NEW YORK LIFE INSURANCE CO. *v.* VIGLAS. December 23, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Louis H. Cooke, Frederick H. Nash,* and *Claude R. Branch* for petitioner.  *Mr. Harris J. Booras* for respondent.

No. 636.  CARTER *v.* CARTER COAL CO. ET AL.; and No. 651.  HELVERING, COMMISSIONER OF INTERNAL REVENUE, ET AL. *v.* CARTER ET AL.  December 23, 1935. Petitions for writs of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. Frederick H. Wood, William D. Whitney,* and *Richard H. Wilmer* for Carter.  *Mr. Karl J. Hardy* for Carter Coal Co.  *Solicitor General Reed* for the Commissioner.

No. 649.  R. C. TWAY COAL CO. ET AL. *v.* GLENN.  December 23, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Charles I. Dawson* for petitioners.  *Solicitor General Reed* and *Assistant Attorney General Dickinson* for respondent.